DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

BRENDT DRUMMOND and ANNETTE DRUMMOND,

Appellants,

v.

J. MARSHALL DAVIS, Trustee of the JAMES P. MORROW Trust,

Appellee.

No. 2D23-1518

————————————————

December 20, 2023

Appeal from the Circuit Court for Sarasota County; Stephen M. Walker, Judge.

Brent M. Buckman, Port Saint Lucie, for Appellants.

Susan J. Silverman, Sarasota, for Appellee.

PER CURIAM.

Affirmed.

SILBERMAN, BLACK, and ATKINSON, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.